**The Honorable Robert Lasnik**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **James R. Saner II and Kira L. Saner**, <br><br> Plaintiffs, <br><br> v. <br> **Equifax Information Services, LLC,** <br><br> Defendant. | **CASE NO:** 2:13-CV-00568-RSL <br><br><br> **Stipulated Motion to Extend Expert Report Deadline** <br><br> **Note on Motion Calendar:** <br> **December 5, 2013** |

Parties have directed efforts at settlement and exchanged offers of settlement over the last several months. Parties believe that extending the expert report deadline will increase the chances of settlement as the costs of an expert may push the parties further apart. The expert report is presently due on December 4, 2013. Parties request it be extended 30 days to January 15, 2014.

/ / /

**Stipulated Motion to Extend Expert Report Deadline**
2:13-cv-00568-RSL

Christopher E. Green
**Attorney at Law**
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410

DATED: December 5, 2013.

   /s/Christopher Green  for
Ian Smith
King and Spaulding
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
Attorneys for Defendant Equifax Information Services LLC.

/s/Christopher Green
Christopher E. Green
Attorney at Law
Attorney for Plaintiffs Russ and Kira Saner

**Stipulated Motion to Extend Expert Report Deadline**
**2:13-cv-00568-RSL**

**Christopher E. Green**
**Attorney at Law**
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410

ORDER

The deadline to submit expert designations is extended until January 15, 2014.

Dated this 9th day of December, 2013.

*signature*
Robert S. Lasnik
United States District Judge

**Stipulated Motion to Extend Expert Report Deadline**
**2:13-cv-00568-RSL**

**Christopher E. Green**
**Attorney at Law**
Two Union Square Suite 4285
601 Union Street
Seattle, Washington 98101
(206) 686-4558 Fax: (206) 686-2558
WSBA No. 19410